1  Zachary M. Best, SBN 166035
   MISSION LAW FIRM, A.P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: service@mission.legal

5  Attorneys for Plaintiff
   Jose Trujillo

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BURLINGTON COAT FACTORY OF TEXAS, INC. dba BURLINGTON STORE #873,<br><br>　　　　Defendant. | No. 1:17-cv-00149-LJO-BAM<br><br>**SECOND STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT SEQUOIA PLAZA ASSOCIATES, L.P. TO RESPOND TO COMPLAINT; [PROPOSED] ORDER** |

WHEREAS, Plaintiff Jose Trujillo ("Plaintiff"), by and through his attorney of record, and Defendant Sequoia Plaza Associates, L.P. ("Defendant," and together with Plaintiff, "the Parties"), by and through their counsel of record, previously entered into a stipulation granting Defendant to and including April 7, 2017 to file a responsive pleading in this matter (Dkt. 6);

WHEREAS, the Parties are engaged in settlement negotiations and are hopeful that a settlement can be reached informally, and desire to conserve attorney's fees which would be incurred in filing the responsive pleading while they exhaust settlement efforts;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties that Defendant may have to and including April 21, 2017 to file a responsive pleading in this matter. This extension of time does not alter the date of any event or any deadline already fixed by Court order, including the deadline to file the joint scheduling report which will be filed by April 26, 2017 if the matter does not settle.

Date: April 11, 2017                      MISSION LAW FIRM, A.P.C.

                                        */s/ Zachary M. Best*
                                        Zachary M. Best
                                        Attorneys for Plaintiff
                                        Jose Trujillo

Date: April 11, 2017                      LANG, RICHERT & PATCH, P.C.

                                        */s/ Kimberly L. Mayhew*
                                        Kimberly L. Mayhew
                                        Attorneys for Defendant
                                        Sequoia Plaza Associates, L.P.

## ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant, Sequoia Plaza Associates, L.P., shall have to and including April 21, 2017 within which to file a responsive pleading.

**IT IS SO ORDERED.**

Dated**:** **April 12, 2017**               /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE